AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SEP 21 2023 PM 2:19
FILED - USDC - FLMD - FTM

DAVID A. JACKSON-MACKAY
_____ Petitioner

v.    Case No. 5:23CV 580-
       _(Supplied by Clerk of Court)_

JASON GUNTHER, WARDEN
_____ Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

FILED - USDC - FLMD - FTM
SEP 21 2023 PM 2:49

### Personal Information

1. (a) Your full name: DAVID ANDREW JACKSON-MACKAY
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: FCC COLEMAN LOW
   (b) Address: P.O. BOX 1031
       COLEMAN, FL 33521
   (c) Your identification number: 70739-509
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING
      (b) Docket number of criminal case: 1:2021-CR-00087-NDF
      (c) Date of sentencing: MAY 24, 2022
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

page 1 of 11
Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☒ Other (explain): PROLONGED CONFINEMENT IN DISCIPLINARY SEGREGATION WITHOUT JUSTIFICATION.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: FEDERAL BUREAU OF PRISONS, P.O. BOX 1031, COLEMAN, FL. 33521
   (b) Docket number, case number, or opinion number: UNKNOWN
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): FAILURE TO AWARD FSA CREDITS; AND PROLONGED DISCIPLINARY SEGREGATION WITHOUT CAUSE.
   (d) Date of the decision or action: AUGUST 08, 2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: UNABLE TO OBTAIN THE REQUIRED ADMINISTRATIVE REMEDY FORMS AFTER MULTIPLE WRITTEN REQUESTS WERE MADE

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *CANNOT OBTAIN THE REQUIRED FORMS, EVEN AFTER MAKING MULTIPLE WRITTEN REQUESTS FOR THEM.*

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

   (a) If "Yes," provide:
     (1) Name of the authority, agency, or court: _____
     (2) Date of filing: _____
     (3) Docket number, case number, or opinion number: _____
     (4) Result: _____
     (5) Date of result: _____
     (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a third appeal: *CANNOT OBTAIN THE REQUIRED FORMS, EVEN AFTER MAKING MULTIPLE WRITTEN REQUESTS FOR THEM.*

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes    ☒ No

    If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:



(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes          ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:



12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes          ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** THE FEDERAL BUREAU OF PRISONS HAS FAILED TO AWARD EARNED TIME CREDITS, AS REQUIRED BY THE FIRST STEP ACT OF 2018.

(a) Supporting facts (Be brief. Do not cite cases or law.):
1. THE PETITIONER IS SERVING A SENTENCE FOR (1) WIRE FRAUD; (2) FAILURE TO PAY TAX; AND (3) FILING A FALSE TAX RETURN.
2. THE PETITIONER WAS SENTENCED TO A TERM OF 46 MONTHS, WHICH BEGAN ON MARCH 14, 2023.
3. THE PETITIONER SCORED "MEDIUM" ON THE RECIDIVISM RISK (CONTINUED) PG 8

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No — NO AVAILABLE REMEDIES.

14. **GROUND TWO:** THE FEDERAL BUREAU OF PRISONS HAS MOVED PETITIONER INTO DISCIPLINARY SEGREGATION HOUSING WHEN THE PETITIONER HAS NOT BEEN CHARGED OR FOUND GUILTY OF ANY MISCONDUCT.

(a) Supporting facts (Be brief. Do not cite cases or law.):
1. ON AUGUST 08, 2023 THE PETITIONER WAS MOVED TO COLEMAN LOW'S SPECIAL HOUSING UNIT ("SHU") FOR REASONS UNKNOWN, WITH NO EXPLANATION BEING PROVIDED TO PETITIONER.
2. ON AUGUST 10, 2023 THE PETITIONER WAS FINALLY SERVED WITH A DOCUMENT ENTITLED "ADMINISTRATIVE DETENTION ORDER" THAT (CONTINUED) PG 8-9

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No — NO REMEDIES AVAILABLE.

**GROUND THREE:** _____

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

SECTION 13(a) - CONTINUED

Assessment ("RRA") Tool related to the First Step Act ("FSA") of 2018.

4. Offenders who score medium or high on the FSA's RRA are entitled to earn ten (10) days per month of earned time credit ("ETC") for every thirty (30) days served, so long as the offender is engaged in qualified programming.

5. The Bureau of Prisons ("BOP") has elected to re-write the FSA and is not allowing offenders who score medium to apply their ETC's toward their sentence.

6. By disallowing the petitioner to apply these credits, the BOP is effectively lengthening the petitioner's sentence.

SECTION 14(a) CONTINUED

was dated August 08, 2023 that indicated the petitioner was placed in the SHU for "Pending SIS Investigation", but did not specify anything further.

3. Between August 08, 2023 and September 14, 2023, petitioner sent more than twenty-five (25) written requests to more than five (5) different Coleman staff seeking information as to why petitioner was in the SHU. To date, not a single response has been received.

4. PETITIONER HAS RECEIVED NO INCIDENT REPORT OR OTHER DISCIPLINARY ACTION TO JUSTIFY THE PUNITIVE PLACEMENT IN THE SHU.

5. OFFENDERS IN THE SHU, INCLUDING THE PETITIONER, ARE DENIED ACCESS TO ALL PERSONAL PROPERTY, INCLUDING THEIR ACTIVE LEGAL MATERIALS.

6. OFFENDERS IN THE SHU ARE DENIED ETC'S UNDER THE FSA, WHICH EFFECTIVELY EXTENDS AND LENGTHENS THE PETITIONER'S SENTENCE.

7. PETITIONER HAS BEEN IN THE SHU FOR 40 DAYS AT THIS POINT, WITH NO KNOWN OR ANTICIPATED END DATE. SOME INMATES HAVE CURRENTLY BEEN IN THE SHU FOR MORE THAN NINE (9) CONSECUTIVE MONTHS, WITH NO DISCIPLINARY ACTION.

THIS SPACE INTENTIONALLY LEFT BLANK

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. 15. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: PETITIONER COULD NOT GAIN ACCESS TO THE BOP'S REQUIRED ADMINISTRATIVE REMEDY PROGRAM FORMS, DESPITE MULTIPLE WRITTEN REQUESTS BEING MADE TO VARIOUS PRISON OFFICIALS BY THE PETITIONER.

**Request for Relief**

15. State exactly what you want the court to do: PETITIONER REQUESTS THAT THE COURT (1) REQUIRE THE RESPONDENT TO PROPERLY CALCULATE AND APPLY EARNED TIME CREDITS TO PETITIONER'S SENTENCE; (2) REQUIRE RESPONDENT TO JUSTIFY HIS PLACEMENT OF PETITIONER INTO DISCIPLINARY SEGREGATION OR TO RELEASE PETITIONER; AND (3) AWARD PETITIONER MONETARY COMPENSATION OF $10 MILLION DOLLARS.

David A. Jackson-Mackay
Reg# 70739-509
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031



16. BETWEEN AUGUST 08, 2023 AND SEPTEMBER 14, 2023, PETITIONER MADE AT LEAST FIFTEEN (15) WRITTEN REQUESTS FOR ADMINISTRATIVE REMEDY PROGRAM ("ARP") FORMS. TO DATE, THOSE FORMS HAVE NOT BEEN PROVIDED.

17. PETITIONER HAS MAINTAINED A MAIL LOG DOCUMENTING ALL INCOMING AND OUTGOING MAIL THAT WILL VERIFY HE HAS REPEATEDLY SOUGHT THESE FORMS.

18. PETITIONER'S INABILITY TO ACCESS ARP FORMS DUE TO PRISON OFFICIALS' CONDUCT RENDERS THE ARP UNAVAILABLE TO PETITIONER AND THUS, CONSTITUTES EXHAUSTION.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
SEPTEMBER 14 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 09.14.2023

Signature of Petitioner
DAVID A. JACKSON MACKAY

Signature of Attorney or other authorized person, if any